UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MICHAEL ASHBY,

    Plaintiff,

    v.

CITY OF FERNDALE, *et al.*,

    Defendants.

Case No. C05-1228L

ORDER GRANTING MOTION
FOR A PROTECTIVE ORDER

    This matter comes before the Court on the City of Ferndale's Motion re Eileen Lawrence and Protected Materials in Her Possession. (Dkt. #18). The City of Ferndale (the "City") seeks an order preventing the disclosure of attorney-client privileged documents, including those in the possession of its attorney, Eileen Lawrence.

    The City has submitted a copy of its privilege log in which it identifies the allegedly privileged documents. Declaration of Patricia Buchanan (Dkt. #18), Ex. 3. The City also seeks to quash a subpoena duces tecum commanding Ms. Lawrence to produce all documents in her possession that "pertain to or reference plaintiff." Id., Ex. 4. Both the subpoena and plaintiff's written discovery requests seek production of privileged documents. Plaintiff did not respond to or oppose the motion. Accordingly, the Court

ORDER GRANTING MOTION
FOR A PROTECTIVE ORDER - 1

1 finds that the City has shown good cause for a protective order, and its motion is
2 GRANTED. The subpoena duces tecum to Ms. Lawrence is quashed, and the City is not
3 required to produce the documents identified in its privilege log.

5       DATED this 23rd day of January, 2006.

*[signature]*
Robert S. Lasnik
United States District Judge

ORDER GRANTING MOTION
FOR A PROTECTIVE ORDER - 2